IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01680-BNB

LAURENCE GOODMAN,

    Plaintiff,

v.

[NO NAMED DEFENDANT],

    Defendant(s).

## ORDER OF DISMISSAL

    Plaintiff, Laurence Goodman, resides in Boulder, Colorado. Mr. Goodman initiated this action by filing *pro se* a Letter with the Court indicating an intent to sue the Gilpin County Sheriff for damages.

    On June 17, 2014, Magistrate Judge Boyd N. Boland reviewed Mr. Goodman's filing and determined that it was deficient. Magistrate Judge Boland directed Plaintiff to submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint on the court-approved forms. Magistrate Judge Boland advised Plaintiff that he could pay the $400.00 filing fee in lieu of submitting a § 1915 motion and affidavit. Magistrate Judge Boland warned Plaintiff in the June 17 Order that failure to cure the deficiencies noted would result in dismissal of this action without further notice.

    Mr. Goodman has now failed to comply with the June 17 Order. And, he has not communicated with the Court since he initiated this action. Accordingly, it is

    ORDERED that this action is DISMISSED without prejudice pursuant to Rue

41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, Laurence Goodman, to comply with the June 17, 2014 Order Directing Plaintiff to Cure Deficiencies.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied for the purpose of appeal.  The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Mr. Goodman files a notice of appeal he must also pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

DATED at Denver, Colorado, this  25th  day of    July   , 2014.

BY THE COURT:

   s/Lewis T. Babcock    
LEWIS T. BABCOCK, Senior Judge
United States District Court